

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00050-CV

IN THE INTEREST OF A.M.R., A CHILD

On Appeal from the 468th Judicial District Court
Collin County, Texas
Trial Court No. 468-56100-2016

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Pursuant to Section 73.001 of the Texas Government Code, the Supreme Court of Texas issued its order on April 8, 2021, retransferring the following case from the Court of Appeals for the Sixth District, Texarkana, Texas, to the Court of Appeals for the Fifth District, Dallas, Texas:

Cause Number 06-20-00050-CV
*In the Interest of A.M.R., a child*

In accordance with the order of the Texas Supreme Court, this Court hereby retransfers the referenced case to the Dallas Court of Appeals and directs the clerk of this Court to transmit all filings in this case, and verify all orders made, to the Fifth Court of Appeals.

IT IS SO ORDERED.

BY THE COURT

Date: April 13, 2021